473 A.2d 455

William McKlveen GRANT

v.

STATE of Maryland.

No. 87, Sept. Term, 1983.

Court of Appeals of Maryland.

April 9, 1984.

Sherrie Berger Greenberg and George E. Burns, Jr., Asst. Public Defenders, Baltimore (Alan H. Murrell, Public Defender, Baltimore, on brief), for appellant.

Jillyn K. Schulze, Asst. Atty. Gen., Baltimore (Stephen H. Sachs, Atty. Gen., Baltimore, on brief), for appellee.

Argued before SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY, COUCH, JJ., and ORTH, CHARLES E., Jr., retired, Specially Assigned, Judge.

ORDER

The petition for writ of certiorari in the above entitled case having been granted, —— Md. ——, 466 A.2d 39, and heard, it is this 9th day of April, 1984.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.